ANTHONY DE GUILIO, Appellant, v. CHARLES MILLER et al., Respondents.— Plaintiff appeals from an order dismissing the complaint under rule 106 of the Rules of Civil Practice, on the ground that it does not state facts sufficient to constitute a cause of action, with leave to plead anew as to respondent Miller. Order unanimously affirmed, with $10 costs and disbursements; the amended complaint to be served within ten days from the entry of the order hereon. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

PAUL J. DONIGER et al., Respondents, v. AMY A. NORTON, Defendant, and CENTRAL AT GROVE REALTIES, INC., Appellant.— Defendant Central at Grove Realties, Inc., appeals from an order, made upon reargument of its motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice, in which order the court adhered to its original decision denying the said motion. Order affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

■

FRANK J. FASSETT, Respondent, v. ANTHONY KALLICHE, Appellant.— In an action to recover damages for assault, the jury rendered a verdict in favor of plaintiff for $11,000. Defendant appeals from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.